HOUSTON, THOMPSON and LEWIS, PC
Joshua A. Stigdon, Esq., #29501-72
49 E. Wardell Street
Scottsburg, IN 47170
(812) 752-5920 – telephone
(812) 752-6989 – fax
jstigdon@htllawyers.com

THE DUDENHEFER LAW FIRM, L.L.C.
Frank C. Dudenhefer
2721 Saint Charles. Avenue
Suite 2A
New Orleans, Louisiana 70130
(504) 616-5226
fcdlaw@aol.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MCKINSEY & CO., INC. NATIONAL PRESCRIPTION OPIATE CONSULTANT LITIGATION<br>-------------------------------------------------------<br>This Document Relates to:<br>*CITY OF AUSTIN, INDIANA V. MCKINSEY & COMPANY, INC. ET AL*<br>3:21-cv-05403-CRB | Master Case No. 3:21-md-02996-CRB<br>MDL No. 2996<br>Honorable Charles R. Breyer<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff City of Austin, Indiana here gives notice of the voluntary dismissal of its action as to all defendants, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no defendant having served an answer or a motion for summary judgment.

Dated: February 11, 2022          Respectfully submitted,

                                  HOUSTON, THOMPSON and LEWIS, PC


                                  By: /s/ *Joshua A. Stigdon*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joshua A. Stigdon, Esq., #29501-72
49 E. Wardell Street
Scottsburg, IN 47170
(812) 752-5920 – telephone
(812) 752-6989 – fax
jstigdon@htllawyers.com

THE DUDENHEFER LAW FIRM, L.L.C.
Frank C. Dudenhefer
2721 Saint Charles. Avenue
Suite 2A
New Orleans, Louisiana 70130
(504) 616-5226
fcdlaw@aol.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this case.

*/s/ Joshua A. Stigdon*
Joshua A. Stigdon

*Attorney for Plaintiff*